Jethro M. Eisenstein (JE 6848)
PROFETA & EISENSTEIN
14 Wall Street, 22nd Floor
New York, New York 10005
Tel. No.: (212) 577-6500
Fax No.: (212) 577-6702

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

| | |
|---|---|
| CARAVAN, LTD. | Docket No.: 08 CV 5395 |
| Plaintiff, | |
| -against- | RULE 7.1 STATEMENT |
| DANA KAY, INC. and J.C. PENNEY CO., | |
| Defendants. | |

-----------------------------------

Pursuant to Rule 7.1, FRCP, the undersigned attorney for Plaintiff Caravan Ltd., states that no publicly held corporation owns 10% or more of the stock of Caravan, Ltd..

Dated:   New York, New York
         June 12, 2008

*/s/ Jethro M. Eisenstein*
_____
Jethro M. Eisenstein (JE 6848)