Office No.

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

Index No. 08CV5395

**CARAVAN, LTD.**

-against-

**DANA KAY, INC.**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Personal Service**
**Business / Agency**

**Byran McElderry**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **6/24/2008**, at **3:25pm**, at **1400 Broadway New York, NY 10018**

I served the **Summons and Complaint**

Upon **Dana Kay**,

by delivering a true copy bearing Index # 08CV5395

to **Melissa Delatorre**, Managing Agent.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex:** Female; **Color:** White; **Hair:** Brown; **Approx. Age:** 46; **Approx. Height:** 5'5"; **Approx. Weight:** 140; **Other:**

Sworn to before me on 6/26/2008

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

Byran McElderry
NYC License # - 869802

17626

Attorney/Client: Profeta & Eisenstein
14th Wall Street, 22nd Floor, New York, NY 10005
Phone: (212) 577-6500

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776  (111063)