UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARAVAN, LTD.,
**Plaintiff**

-v-

DANA KAY, INC. and J.C. PENNEY CO., INC.,
**Defendant**

Case No. 08 CV 5395(HB)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Defendant Dana Kay, Inc._ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 7/25/08

**Signature of Attorney**
LOUIS FOGEL
**Attorney Bar Code:** 0627

Form Rule7_1.pdf